NATHANIEL KAPLAN and Another, Respondents, *v.* STOGOP REALTY Co., INC., and Another, Appellants.

Supreme Court, Appellate Term, First Department, February 7, 1929.

*Jacob J. Lazaroe*, for the appellants.

*Chester E. Frankel*, for the respondents.

PER CURIAM. Plaintiffs were not transient persons within the meaning of the common-law rule which makes the innkeeper an insurer of the property of his guests. (*Hancock* v. *Rand*, 94 N. Y. 1; *Crapo* v. *Rockwell*, 48 Misc. 1.) Whether the defendant hotel is liable for the value of the stolen property on the ground of negligence is not before us.

Judgment reversed and a new trial ordered, with thirty dollars costs to appellants to abide the event.

All concur; present, DELEHANTY, LYDON and CRAIN, JJ.